**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOHN H. WOODEN, a/k/a JABARI MANDELA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:12-cv-786** |
| | ) | |
| **HENRY STEWARD, Warden, Northwest** | ) | **Judge Sharp** |
| **Correctional Complex,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Petitioner John Wooden, a/k/a Jabari Mandela, was convicted and sentenced in the Davidson County Criminal Court in 1982. He is presently incarcerated at the Northwest Correctional Complex in Tiptonville, Tennessee. He instituted this action by filing a petition for habeas corpus relief in this Court under 28 U.S.C. § 2254. Now pending is the respondent's Motion to Dismiss and Alternative Motion to Transfer Successive Petition (ECF No. 26). In response, the petitioner filed his own Motion to Deny Respondent's Motion (ECF No. 29). Also pending is the petitioner's Motion for Clarification of Court's Order Denying Petitioner's Motion to Direct Respondent's Counsel to Forward Petitioner a Copy of Motion and Subsequent Documents (ECF No. 28).

The Court construes the latter motion as an objection to the Magistrate Judge's order at docket entry number 23. The motion for clarification is **GRANTED**, as follows: The Clerk of Court is **DIRECTED** to forward to the petitioner a copy of the docket sheet, which also shows the contact information for counsel for the respondent. The respondent is **DIRECTED** to ensure that he has not, by oversight, neglected to send paper copies to the petitioner of any documents filed in the Court in this matter.

With respect to the pending habeas petition and related motions, for the reasons explained more fully in the accompanying Memorandum Opinion, the respondent's motion to dismiss (ECF No. 26) is hereby **GRANTED** on the basis that it is barred by the statute of limitations, 28 U.S.C. § 2244(d)(1)(D). The petitioner's motion to deny the petitioner's motion (ECF No. 29) is **DENIED**, and this matter is **DISMISSED**.

Further, because the petitioner has not made a substantial showing of the denial of a constitutional right, the court **DENIES** a certificate of appealability.

It is so **ORDERED**.


Kevin H. Sharp
United States District Judge